NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

CLEAR FORM

Carol A. Sobel   SBN 84483
Law Office of Carol A. Sobel
1158 26th Street, #552
Santa Monica, CA 90403

t. 310 393 3055

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Black Lives Matter Los Angeles, et al.

Plaintiff(s),

v.

City of Santa Monica, et al.

Defendant(s)

CASE NUMBER:

21-cv-05253

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ all Plaintiffs _____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Black Lives Matter Los Angeles | Plaintiff |
| David Brown | Plaintiff |
| David Clennon | Plaintiff |
| Kelly Hogan | Plaintiff |
| City of Santa Monica | Defendant |
| Chief Cynthia Renaud | Defendant |

June 28, 2021
Date

/s/ Carol A. Sobel
Signature

Attorney of record for (or name of party appearing in pro per):

Carol A. Sobel