1 | Joseph P. Lawrence, Esq., (State Bar No. 99039)
Interim City Attorney
2 |   *joseph.lawrence@santamonica.gov*
Lance S. Gams, Esq., (State Bar No. 125487)
3 | Chief Deputy City Attorney
  *Lance.Gams@smgov.net*
4 | 1685 Main Street, Room 310
Santa Monica, California 90401
5 | Telephone: (310) 458-8336
Facsimile: (310) 451-5862
6 |
7 | Eugene P. Ramirez (State Bar No. 134865)
  *epr@manningllp.com*
8 | Kayleigh A. Andersen (State Bar No. 306442)
  *kaa@manningllp.com*
9 | Steven A. McNicholl (State Bar No. 323191)
  *sam@manningllp.com*
10 | **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
11 | 801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
12 | Telephone: (213) 624-6900
Facsimile: (213) 624-6999
13 | Attorneys for Defendants CITY OF
SANTA MONICA and CHIEF CYNTHIA
14 | RENAUD

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| BLACK LIVES MATTER LOS ANGELES, an organization, DAVID BROWN, DAVID CLENNON, and KERRY HOGAN, all individually and on behalf of a class of similarly situated persons,<br><br>     Plaintiffs,<br><br>     v.<br><br>CITY OF SANTA MONICA, a municipal entity, CHIEF CYNTHIA RENAUD, and Does 1-10 inclusive,<br><br>     Defendants. | Case No. 2:21-CV-05253-CAS (AFMx)<br>*[Hon. Judge Christina A. Snyder; Magistrate Judge Alexander F. MacKinnon]*<br><br>**ANSWER OF DEFENDANTS TO PLAINTIFFS' COMPLAINT: DEMAND FOR JURY TRIAL**<br><br>Complaint Filed: 6/28/21 |

Defendants CITY OF SANTA MONICA and CHIEF CYNTHIA RENAUD

(herein after referred to as "Defendants") hereby answers Plaintiffs' Complaint on

file herein (filed June 28, 2021) – (hereinafter referred to as the "Complaint") and defendants hereby admit, deny, and allege as follows:

1.   Answering paragraph 1 of the Complaint, under the header "INTRODUCTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

2.   Answering paragraph 2 of the Complaint, under the header "INTRODUCTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

3.   Answering paragraph 3 of the Complaint, under the header "INTRODUCTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

4.   Answering paragraph 4 of the Complaint, under the header "INTRODUCTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

5.   Answering paragraph 5 of the Complaint, under the header "INTRODUCTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

6.   Answering paragraph 6 of the Complaint, under the header "INTRODUCTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

7.   Answering paragraph 7 of the Complaint, under the header "INTRODUCTION": defendants are without sufficient knowledge or information to

form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

8.      Answering paragraph 8 of the Complaint, under the header "JURISDICTION AND VENUE": defendants admit that jurisdiction and venue are proper. Except as expressly admitted, defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

9.      Answering paragraph 9 of the Complaint, under the header "JURISDICTION AND VENUE": defendants admit that jurisdiction and venue are proper. Except as expressly admitted, defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

10.     Answering paragraph 10 of the Complaint, under the header "EXHAUSTION OF ADMINISTRATIVE REMEDIES": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

11.     Answering paragraph 11 of the Complaint, under the header "PARTIES – PLAINTIFFS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

12.     Answering paragraph 12 of the Complaint, under the header "PARTIES – PLAINTIFFS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

13.     Answering paragraph 13 of the Complaint, under the header "PARTIES – PLAINTIFFS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on

that basis deny each and every allegation contained therein.

14.     Answering paragraph 14 of the Complaint, under the header "PARTIES – PLAINTIFFS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

15.     Answering paragraph 15 of the Complaint, under the header "PARTIES – PLAINTIFFS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

16.     Answering paragraph 16 of the Complaint, under the header "PARTIES – PLAINTIFFS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

17.     Answering paragraph 17 of the Complaint, under the header "PARTIES – DEFENDANTS": defendants admit that defendant City of Santa Monica is a municipal entity located in the State of California. Except as expressly admitted, defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

18.     Answering paragraph 18 of the Complaint, under the header "PARTIES – DEFENDANTS": defendants admit that defendant CHIEF CYNTHIA RENAUD was the Chief of Police for the City of Santa Monica at all times relevant in the Complaint. Except as expressly admitted, defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

19.     Answering paragraph 19 of the Complaint, under the header "PARTIES – DEFENDANTS": defendants are without sufficient knowledge or information to

form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

20.     Answering paragraph 20 of the Complaint, under the header "PARTIES – DEFENDANTS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

21.     Answering paragraph 21 of the Complaint, under the header "PARTIES – DEFENDANTS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

22.     Answering paragraph 22 of the Complaint, under the header "PARTIES – DEFENDANTS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

23.     Answering paragraph 23 of the Complaint, under the header "STATEMENT OF FACTS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

24.     Answering paragraph 24 of the Complaint, under the header "STATEMENT OF FACTS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

25.     Answering paragraph 25 of the Complaint, under the header "STATEMENT OF FACTS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

26.     Answering paragraph 26 of the Complaint, under the header "STATEMENT OF FACTS": defendants are without sufficient knowledge or

information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

27.     Answering paragraph 27 of the Complaint, under the header "STATEMENT OF FACTS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

28.     Answering paragraph 28 of the Complaint, under the header "STATEMENT OF FACTS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

29.     Answering paragraph 29 of the Complaint, under the header "STATEMENT OF FACTS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

30.     Answering paragraph 30 of the Complaint, under the header "STATEMENT OF FACTS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

31.     Answering paragraph 31 of the Complaint, under the header "STATEMENT OF FACTS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

32.     Answering paragraph 32 of the Complaint, under the header "MONELL ALLEGATIONS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

33.     Answering paragraph 33 of the Complaint, under the header "MONELL ALLEGATIONS": defendants are without sufficient knowledge or

information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

34.   Answering paragraph 34 of the Complaint, under the header "MONELL ALLEGATIONS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

35.   Answering paragraph 35 of the Complaint, under the header "MONELL ALLEGATIONS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

36.   Answering paragraph 36 of the Complaint, under the header "MONELL ALLEGATIONS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

37.   Answering paragraph 37 of the Complaint, under the header "MONELL ALLEGATIONS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

38.   Answering paragraph 38 of the Complaint, under the header "CLASS ACTION ALLEGATIONS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

39.   Answering paragraph 39 of the Complaint, under the header "CLASS ACTION ALLEGATIONS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

40.   Answering paragraph 40 of the Complaint, under the header "CLASS ACTION ALLEGATIONS": defendants are without sufficient knowledge or

information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

41.    Answering paragraph 41 of the Complaint, under the header "CLASS ACTION ALLEGATIONS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

42.    Answering paragraph 42 of the Complaint, under the header "CLASS ACTION ALLEGATIONS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

43.    Answering paragraph 43 of the Complaint, under the header "CLASS ACTION ALLEGATIONS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

44.    Answering paragraph 44 of the Complaint, under the header "CLASS ACTION ALLEGATIONS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

45.    Answering paragraph 45 of the Complaint, under the header "CLASS ACTION ALLEGATIONS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

46.    Answering paragraph 46 of the Complaint, under the header "CLASS ACTION ALLEGATIONS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

47.    Answering paragraph 47 of the Complaint, under the header "CLASS ACTION ALLEGATIONS": defendants are without sufficient knowledge or

Manning & Kass
Ellrod, Ramirez, Trester LLP
Attorneys at Law

information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

48.     Answering paragraph 48 of the Complaint, under the header "CLASS ACTION ALLEGATIONS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

49.     Answering paragraph 49 of the Complaint, under the header "CLASS ACTION ALLEGATIONS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

50.     Answering paragraph 50 of the Complaint, under the header "CLASS ACTION ALLEGATIONS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

51.     Answering paragraph 51 of the Complaint, under the header "CLASS ACTION ALLEGATIONS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

52.     Answering paragraph 52 of the Complaint, under the header "CLASS ACTION ALLEGATIONS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

53.     Answering paragraph 53 of the Complaint, under the header "CLASS ACTION ALLEGATIONS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

54.     Answering paragraph 54 of the Complaint, under the header "CLASS ACTION ALLEGATIONS": defendants are without sufficient knowledge or

information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

55. Answering paragraph 55 of the Complaint, under the header "CLASS ACTION ALLEGATIONS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

56. Answering paragraph 56 of the Complaint, under the header "CLASS ACTION ALLEGATIONS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

57. Answering paragraph 57 of the Complaint, under the header "CLASS ACTION ALLEGATIONS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

58. Answering paragraph 58 of the Complaint, under the header "FIRST CLAIM FOR RELIEF – ARREST CLASS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

59. Answering paragraph 59 of the Complaint, under the header "FIRST CLAIM FOR RELIEF – ARREST CLASS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

60. Answering paragraph 60 of the Complaint, under the header "FIRST CLAIM FOR RELIEF – ARREST CLASS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained

therein.

61.     Answering paragraph 61 of the Complaint, under the header "FIRST CLAIM FOR RELIEF – ARREST CLASS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

62.     Answering paragraph 62 of the Complaint, under the header "SECOND CLAIM FOR RELIEF – ARREST CLASS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

63.     Answering paragraph 63 of the Complaint, under the header "SECOND CLAIM FOR RELIEF – ARREST CLASS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

64.     Answering paragraph 64 of the Complaint, under the header "SECOND CLAIM FOR RELIEF – ARREST CLASS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

65.     Answering paragraph 65 of the Complaint, under the header "SECOND CLAIM FOR RELIEF – ARREST CLASS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

66.     Answering paragraph 66 of the Complaint, under the header "SECOND CLAIM FOR RELIEF – ARREST CLASS": defendants are without sufficient

knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

67.     Answering paragraph 67 of the Complaint, under the header "SECOND CLAIM FOR RELIEF – ARREST CLASS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

68.     Answering paragraph 68 of the Complaint, under the header "THIRD CLAIM FOR RELIEF – FORCE CLASS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

69.     Answering paragraph 69 of the Complaint, under the header "THIRD CLAIM FOR RELIEF – FORCE CLASS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

70.     Answering paragraph 70 of the Complaint, under the header "THIRD CLAIM FOR RELIEF – FORCE CLASS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

71.     Answering paragraph 71 of the Complaint, under the header "THIRD CLAIM FOR RELIEF – FORCE CLASS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

72.    Answering paragraph 72 of the Complaint, under the header "THIRD CLAIM FOR RELIEF – FORCE CLASS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

73.    Answering paragraph 73 of the Complaint, under the header "FOURTH CLAIM FOR RELIEF": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

74.    Answering paragraph 74 of the Complaint, under the header "FOURTH CLAIM FOR RELIEF": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

75.    Answering paragraph 75 of the Complaint, under the header "FOURTH CLAIM FOR RELIEF": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

76.    Answering paragraph 76 of the Complaint, under the header "FOURTH CLAIM FOR RELIEF": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

77.    Answering paragraph 77 of the Complaint, under the header "FIFTH CLAIM FOR RELIEF": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

78.    Answering paragraph 78 of the Complaint, under the header "FIFTH CLAIM FOR RELIEF": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on

that basis deny each and every allegation contained therein.

79.     Answering paragraph 79 of the Complaint, under the header "FIFTH CLAIM FOR RELIEF": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

80.     Answering paragraph 80 of the Complaint, under the header "FIFTH CLAIM FOR RELIEF": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

81.     Answering paragraph 81 of the Complaint, under the header "SIXTH CLAIM FOR RELIEF": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

82.     Answering paragraph 82 of the Complaint, under the header "SIXTH CLAIM FOR RELIEF": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

83.     Answering paragraph 83 of the Complaint, under the header "SIXTH CLAIM FOR RELIEF": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

84.     Answering paragraph 84 of the Complaint, under the header "SIXTH CLAIM FOR RELIEF": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

85.     Answering paragraph 85 of the Complaint, under the header "SEVENTH CLAIM FOR RELIEF": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said

1    paragraph, and on that basis deny each and every allegation contained therein.

2        86.    Answering paragraph 86 of the Complaint, under the header

3    "SEVENTH CLAIM FOR RELIEF": defendants are without sufficient knowledge

4    or information to form a belief as to the truth of the allegations contained in said

5    paragraph, and on that basis deny each and every allegation contained therein.

6        87.    Answering paragraph 87 of the Complaint, under the header

7    "SEVENTH CLAIM FOR RELIEF": defendants are without sufficient knowledge

8    or information to form a belief as to the truth of the allegations contained in said

9    paragraph, and on that basis deny each and every allegation contained therein.

10       88.    Answering paragraph 88 of the Complaint, under the header

11   "SEVENTH CLAIM FOR RELIEF": defendants are without sufficient knowledge

12   or information to form a belief as to the truth of the allegations contained in said

13   paragraph, and on that basis deny each and every allegation contained therein.

14       89.    Answering paragraph 89 of the Complaint, under the header

15   "SEVENTH CLAIM FOR RELIEF": defendants are without sufficient knowledge

16   or information to form a belief as to the truth of the allegations contained in said

17   paragraph, and on that basis deny each and every allegation contained therein.

18       90.    Answering plaintiffs' Prayer for Relief, including subsections (1) –

19   (11), Defendants deny all liability to plaintiffs, including, but not limited to, all

20   liability for any and all damages of any kind (compensatory, economic, non-

21   economic, exemplary, or punitive); civil penalties; treble actual damages; costs of

22   any kind; attorneys' fees and expenses; interest; or for any relief of any kind from

23   Defendants to plaintiffs.

24       91.    To the extent plaintiffs assert any other claims or contentions not

25   specifically addressed herein above, Defendants generally and specifically denies

26   each and every remaining allegation and/or claim, and Defendants deny all liability

27   and wrongdoing.

28   ///

**AFFIRMATIVE DEFENSES**

1.      As separate and affirmative defenses, Defendants allege as follows:

**FIRST AFFIRMATIVE DEFENSE**

**(Waiver, Estoppel, Unclean Hands)**

2.      Defendants allege that plaintiffs' actions are barred by reason of conduct, actions and inactions of plaintiffs which amount to and constitutes a waiver of any right plaintiffs may or might have had in reference to the matters and things alleged in the Complaint, or that otherwise estop plaintiffs from recovery in this action, including but not limited to the doctrine of unclean hands.

**SECOND AFFIRMATIVE DEFENSE**

**(Failure to Mitigate Damages)**

3.      Plaintiffs' claims are barred or limited to the extent plaintiffs failed to mitigate plaintiffs' injuries or damages, if there were any.  Plaintiffs have failed to mitigate the damages, if any, which plaintiffs have sustained, and to exercise reasonable care to avoid the consequences of harms, if any, in that, among other things, plaintiffs have failed to use reasonable diligence in caring for any injuries, failed to use reasonable means to prevent aggravation of any injuries, and failed to take reasonable precautions to reduce any injuries and damages.

**THIRD AFFIRMATIVE DEFENSE**

**(Contributory and/or Comparative Liability)**

4.      Plaintiffs' claims are barred or limited by plaintiff(s)' contributory/comparative negligence or other conduct, acts, or omissions, and to the extent the plaintiffs suffered any injury or damages, it was the result of plaintiffs' own negligent or deliberate actions or omissions.

5.      Plaintiffs' recovery is barred because any injury or damage suffered by plaintiffs was caused solely by reason of the plaintiff(s)' wrongful acts and conduct and the willful resistance to a peace officer in the discharge their duties.  The conduct set forth in the Complaint, if and to the extent it occurred, was privileged and justified

and done with a good faith belief that it was correct and no action may be taken against the answering Defendant on account of such conduct.

### FOURTH AFFIRMATIVE DEFENSE

### (Public Entity/Employee Immunity for Discretionary Acts)

6.     There is no liability for any injury or damages, if any there were, resulting from an exercise of discretion vested in a public employee, whether or not such discretion be abused.  Gov. Code § 815.2, 820.2, 820.4, 820.8, 820 *et seq*.

7.     Plaintiffs' recovery is barred because public entities and employees are immune from liability for discharging their mandatory duties with reasonable diligence.

8.     Plaintiffs' recovery is barred because public entities and employees are immune from liability for any injury caused by the act or omission of another person.  Gov. Code §§ 815 *et. seq.*, 820 *et. seq.*

9.     Defendant(s) are immune for any detriment resulting from any of their actions or omissions at the time of the incident of which plaintiffs complain pursuant to Government Code § 810 *et seq*., 815 *et seq*., 820 *et seq*., and 845 *et seq*., including, but not limited to, §§ 810, 810.2, 810.4, 810.6, 810.8, 811, 811.2, 811.4, 811.6, 811.8, 820.6, 820.8, 821, 821.2, 821.4, 821.6, 821.8, 822.2, 830.5, 830.6, 835.4, 844.6, and Government Code §§ 854, *et seq*., including, but not limited to, §§ 845.6, 845.8, 854.8(a)(2), and §§ 855.4, 855.6, 855.8 and 856.4.

### FIFTH AFFIRMATIVE DEFENSE

### (Qualified Immunity & Good Faith Immunity)

10.     Defendant and its agents and officers at all times relevant to this action acted reasonably and prudently under the circumstances.  Defendants therefore assert Qualified Immunity from liability to the fullest extent applicable.

11.     Defendant(s) is/are immune from liability under the Federal Civil Rights Act because they acted in good faith with an honest and reasonable belief that their actions were necessary and appropriate.  Defendant(s) is/are immune from liability

17

under the Federal Civil Rights Act because a reasonable police officer could believe that his acts and conduct were appropriate.  Defendant(s) is/are immune from liability under the Federal Civil Rights Act because their conduct did not violate clearly established constitutional rights of which a reasonable person would have known.

12.     At all relevant times, Defendant(s) acted within the scope of discretion, with due care, and good faith fulfillment of responsibilities pursuant to applicable statutes, rules and regulation, within the bounds of reason, and with the good faith belief that their actions comported with all applicable federal and state laws.

## SIXTH AFFIRMATIVE DEFENSE

### (Assumption of Risk)

13.     At the time and place referred to in the Complaint, and before such event, plaintiff knew, appreciated, and understood each and every risk involved in placing himself in the position which plaintiff then assumed, and willingly, knowingly and voluntarily assumed each of such risks, including, but not limited to, the risk of suffering personal bodily injury and/or lawful deprivation of right(s).

## SEVENTH AFFIRMATIVE DEFENSE

14.     To the extent that the Complaint attempts to predicate liability upon the public entity defendant or any employees thereof for purported negligence in retention, hiring, employment, training, or supervision of any public employee, such liability is barred by Government Code §§ 815.2 and 820.2 and *Herndon v. County of Marin* (1972) 25 Cal. App. 3d 933, 935, 936, *rev'd on other grounds by Sullivan v. County of Los Angeles* (1974) 12 Cal.3d 710; and by the lack of any duty running to plaintiffs; and by the fact that any such purported act or omission is governed exclusively by statute and is outside the purview of any public employees' authority; and by the failure of any such acts or omissions to be the proximate or legal case of any injury alleged in the SAC.  *See de Villers v. County of San Diego*, 156 Cal.App.4th 238, 251-253, 255-256 (2007).

## EIGHTH AFFIRMATIVE DEFENSE

15.     The defendant(s) may not be held liable on a *respondeat superior* theory for any negligent or wrongful act or omission on the part of any subordinate.  Cal. Govt. Code §§ 844.6, 845.6; Cal. Civil Code § 2351; *Malloy v. Fong* (1951) 37 Cal.2d 356, 378-379; *Monell v. Department of Social Services of the City of New York* (1978) 436 U.S. 658; *Larez v. City of Los Angeles* (9th Cir. 1991) 946 F.2d 630, 645-646; *cf. City of Canton v. Harris*, 489 U.S. 378, 388-389 (1989); *City of Los Angeles v. Heller*, 475 U.S. 796 (1986).

## NINTH AFFIRMATIVE DEFENSE

16.     The plaintiffs' claims related to a peace officer's use of force are barred because a peace officer making a detention or arrest need not retreat in the face of resistance and cannot be deemed to be the aggressor or lose their right to self-defense and/or defense of others by using force.

## TENTH AFFIRMATIVE DEFENSE
### (Reasonable Use of Force )

17.     Defendants contend that the force used upon Plaintiff was reasonable and necessary under the circumstances, and that the injuries or damages allegedly suffered by Plaintiff was due to, and caused by, Plaintiff's own wrongful, unlawful acts and conduct.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Use of Force Necessitated by Plaintiff's Unlawful Acts )

18.     Defendants contend that any force used upon Plaintiffs was caused and necessitated by the unlawful acts and conduct of Plaintiffs, and was necessary and reasonable to protect the Defendants, and others, in self-defense.

## TWELFTH AFFIRMATIVE DEFENSE
### (Punitive and Exemplary Damages Barred – Procedural Due Process)

19.     Defendants contend that Plaintiffs' Complaint, to the extent that it seeks exemplary or punitive damages, violates Defendants' right to procedural due process

under the Fourteenth Amendment of the United States Constitution, and the Constitution of the State of California, and the purported claim for punitive or exemplary damages is therefore barred.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Punitive and Exemplary Damages Barred – Substantive Due Process)

20.     Defendants allege that Plaintiffs' Complaint, to the extent that it seeks exemplary or punitive damages, violates Defendants' right to substantive due process as provided in the Fifth and Fourteenth Amendments of the United States Constitution, and the Constitution of the State of California, and the purported claim for punitive or exemplary damages is therefore barred.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Punitive and Exemplary Damages Barred – Article VI)

21.     Defendants allege that Plaintiffs' Complaint, to the extent that it seeks exemplary or punitive damages, is barred by Article VI of the United States Constitution.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Punitive and Exemplary Damages Barred – Government Code § 818)

22.     Defendants allege that neither Defendant City of Santa Monica nor Decedent Cynthia Renaud are subject to or liable for punitive or exemplary damages pursuant to Government Code § 818.

23.     Defendants further allege that the circumstances of the incident(s) in Plaintiffs' Complaint, as plead, do not support an award of exemplary or punitive damages.

## SIXTEENTH AFFIRMATIVE DEFENSE

24.     Defendants contend that at all times pertinent herein, Defendants and their officials, employees, and/or agents were performing their duties in a reasonable manner consistent with the exigent circumstances that emerged or existed at the time. In all manners, the actions of said Defendants and/or their officials, employees, and/or

agents were reasonable and proper based upon the exigent circumstances that existed at the time.

## FIRSTSEVENTEENTH AFFIRMATIVE DEFENSE

25.     Defendants contend that they cannot fully anticipate all affirmative defenses that may be applicable to this action based on the conclusory terms used in plaintiffs' Complaint.  Accordingly, Defendants expressly reserve the right to assert additional affirmative defenses if and to the extent that such affirmative defenses become applicable.

## SECONDEIGHTEENTH AFFIRMATIVE DEFENSE

26.     Defendants contend that they are entitled to all other applicable immunities provided by state and federal law not specifically set forth herein, and Defendants specifically reserve the right to add to or amend this Answer prior to the date of the Pre-Trial Conference, in order to conform the pleadings to established evidence, and allege additional affirmative defenses, if appropriate.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

## **PRAYER FOR RELIEF**

WHEREFORE, the answering Defendants pray as follows:

1.      That the Complaint be dismissed, with prejudice and in its entirety;

2.      That Plaintiffs take nothing by reason of this Complaint and that judgment be entered against Plaintiffs and in favor of Defendants;

3.      That Defendants be awarded attorneys' fees and costs of this suit and costs of proof; and

4.      That Defendants be awarded such other relief as the Court deems just and proper.

DATED:  October 19, 2021          **MANNING & KASS**
                                  **ELLROD, RAMIREZ, TRESTER LLP**


                                  By:    /s/ Eugene P. Ramirez
                                      Eugene P. Ramirez, Esq.
                                      Kayleigh A. Andersen, Esq.
                                      Steven A. McNicholl, Esq.
                                      Attorneys for Defendants CITY OF
                                      SANTA MONICA and CHIEF CYNTHIA
                                      RENAUD

1

## JURY DEMAND

2

3    Defendants hereby demand a trial before a jury on all issues presented by

plaintiffs' operative Complaint that are or may be triable to a jury.

4

5    DATED:  October 19, 2021          **MANNING & KASS**
                                        **ELLROD, RAMIREZ, TRESTER LLP**

6

7

8                                      By:  _____/s/ Eugene P. Ramirez_____
                                            Eugene P. Ramirez, Esq.

9                                           Kayleigh A. Andersen, Esq.

10                                          Steven A. McNicholl, Esq.
                                            Attorneys for Defendants CITY OF

11                                          SANTA MONICA and CHIEF CYNTHIA
                                            RENAUD

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

23