| Employee | Date Worked | Work Code | Hours | Work Description |
|---|---|---|---|---|
| Carol Sobel | 7/2/2020 | research | 3.1 | news reports/ social media re SM Floyd protests |
| Carol Sobel | 11/24/2020 | review | 3.8 | rvu news stories re SM; rvu intakes for 910 claim examples |
| Carol Sobel | 11/25/2020 | drafting | 3.9 | 910 claim; rvu intakes; email w/ KLR re intakes; research reports/press |
| Carol Sobel | 5/11/2021 | telephone | 0.5 | tc w/ ED `re case prep |
| Carol Sobel | 5/11/2021 | drafting | 7.9 | complaint; edit AR draft; rvu docs re facts |
| Carol Sobel | 5/12/2021 | review | 4.3 | read/analyze Gennaco report; notes re same |
| Carol Sobel | 5/12/2021 | drafting | 7.4 | dft/edit complaint |
| Carol Sobel | 5/14/2021 | review | 5.3 | review OIR report history on Council website; watch listening session; analyze re intakes |
| Carol Sobel | 5/15/2021 | review | 4.2 | reread OIR report and links: https://www.santamonica.gov/May31afteraction; watch 2d li: |
| Carol Sobel | 6/18/2021 | review | 4.3 | draft complaint; reread OIR Report; edit complaint re same |
| Carol Sobel | 6/21/2021 | drafting | 5.8 | continue to dft complaint; review various intakes/docs/videos re same |
| Carol Sobel | 6/26/2021 | drafting | 1.1 | email/tc w/ David Brown re complaint facts and class rep[.6]; read online for Brown story |
| Carol Sobel | 6/27/2021 | drafting | 4.7 | dft/edit complaint |
| Carol Sobel | 6/28/2021 | drafting | 6.9 | dft/edit finalize complaint |
| Carol Sobel | 6/29/2021 | review | 1.3 | intake from various class members |
| Carol Sobel | 6/30/2021 | review | 0.8 | Scarsi initial standing order |
| Carol Sobel | 10/19/2021 | review | 0.4 | City Answer |
| Carol Sobel | 12/9/2021 | OC conference | 0.7 | scheduling conference |
| Carol Sobel | 12/10/2021 | review | 0.5 | D initial disclosures |
| Carol Sobel | 12/10/2021 | review | 0.3 | ED email re Pl initial disclosures and RPD 1; rvu same |
| Carol Sobel | 12/15/2021 | review | 0.3 | proposed Rule 26 report and case schedule |
| Carol Sobel | 12/15/2021 | drafting | 1.2 | Rule 26 report; def. approval |
| Carol Sobel | 1/12/2022 | discovery | 0.7 | rvu Def discovery responses; conf w/ KR re same |
| Carol Sobel | 2/10/2022 | review | 0.6 | CAS Initial Standing Order post transfer |
| Carol Sobel | 3/6/2022 | discovery | 1.7 | dft/edit RPD #2; email to co-counsel |
| Carol Sobel | 3/7/2022 | discovery | 0.6 | rvu City supp disclosures; rvu/edit RPD #1; email to OC |
| Carol Sobel | 3/8/2022 | co-counsel conf | 0.2 | WR re evidence for disclosures |
| Carol Sobel | 3/8/2022 | case strategy | 0.3 | rvu case file; email co-counsel re supp disclosures, etc. |
| Carol Sobel | 3/9/2022 | discovery | 0.2 | emails w/ D Clennon re discovery responses and docs [xxx] |

| Carol Sobel | 3/9/2022 | discovery | 2.8 | dfting BLM RPD responses; rvu OIR |
| Carol Sobel | 3/10/2022 | drafting | 2.6 | rvu MJ PO; edit dft PO; research re privilege |
| Carol Sobel | 3/10/2022 | co-counsel conf | 0.3 | email w/ ED re various [xxx] |
| Carol Sobel | 3/10/2022 | discovery | 3.1 | drafting RPD responses; rvu OIR |
| Carol Sobel | 3/11/2022 | correspondence | 0.1 | email w/ OC re case schedule and PO |
| Carol Sobel | 3/11/2022 | discovery | 0.3 | email w/ Savanah re research re PO categories |
| Carol Sobel | 3/12/2022 | discovery | 3.2 | dft BLM discovery response to RPD !; read OIR re same |
| Carol Sobel | 3/13/2022 | discovery | 1.7 | dft BLM discovery response to RPD 1 |
| Carol Sobel | 3/13/2022 | discovery | 0.1 | email David Brown re case update and discovery |
| Carol Sobel | 3/16/2022 | correspondence | 0.8 | dft/edit PO; email to OC re PO and docs; rvu OIR re same |
| Carol Sobel | 3/22/2022 | drafting | 0.7 | final review David Brown RPD responses |
| Carol Sobel | 3/22/2022 | client contact | 0.7 | mtg w/ DB re discovery responses and case status |
| Carol Sobel | 3/22/2022 | discovery | 0.2 | emails w/ KLR re RPDs |
| Carol Sobel | 3/23/2022 | discovery | 3.1 | edit Clennon, BLM; email to clients |
| Carol Sobel | 3/25/2022 | discovery | 0.9 | email Clennon/BLM re discovery responses; email w/ KLR re Hogan |
| Carol Sobel | 3/25/2022 | discovery | 0.8 | rvu revised PO; email w/ OC re same |
| Carol Sobel | 3/26/2022 | telephone | 0.4 | Chris Matin re discoery and BLM rep |
| Carol Sobel | 3/27/2022 | discovery | 3.1 | research cases re privilege; draft rog respones |
| Carol Sobel | 3/28/2022 | co-counsel conf | 0.2 | email update on Court; class cert; subpoena Gennaco OIR |
| Carol Sobel | 3/28/2022 | telephone | 0.3 | tc w/ KLR re scheduling conference and follow-up |
| Carol Sobel | 3/28/2022 | correspondence | 0.3 | emails w/ OC re discovery and PO; email w/ ED re same |
| Carol Sobel | 3/28/2022 | court | 1.1 | scheduling conf; plan with KR post |
| Carol Sobel | 3/28/2022 | court | 2.4 | scheduling conf (called12:54/1:10); notes re same |
| Carol Sobel | 3/29/2022 | discovery | 0.9 | prep/mtg re discovery issues; conf w/ KR post |
| Carol Sobel | 4/2/2022 | drafting | 3.2 | BLM rog 31 response; read IAC and other cases re privilege |
| Carol Sobel | 4/5/2022 | research | 2.3 | rvu docket; read Puente MSJ briefs re class claims; read order; tc Shaleen [.2] |
| Carol Sobel | 4/5/2022 | drafting | 1.3 | BLM rog #1 response; read Minter etc.; emal co-counsel re BLM rep; edit Clennon rog resp read class discovery treatise; discuss w/WR |
| Carol Sobel | 4/7/2022 | discovery | 0.5 | ED re discovery [.2]; tc w/ Gennaco re subpoena/docs[.3] |
| Carol Sobel | 4/7/2022 | drafting | 0.2 | final review PO; email to OC |
| Carol Sobel | 4/7/2022 | OC conference | 0.3 | meet and confer on docs [.2]; prep re prior emails |

| | | | | |
|---|---|---|---|---|
| Carol Sobel | 4/21/2022 | review | 1.6 | rvu rog responses Clennon Brown; email to clients; email WR |
| Carol Sobel | 4/28/2022 | discovery | 0.2 | conf w/ KR re Def discovery production |
| Carol Sobel | 5/27/2022 | court | 0.7 | zoom scheduling conf; conf w/ KR post |
| Carol Sobel | 7/1/2022 | discovery | 3.1 | rvu KR discovery plan; notes/comments re same |
| Carol Sobel | 7/14/2022 | discovery | 1.7 | rvu KR edited discovery plan; comments re same |
| Carol Sobel | 8/12/2022 | drafting | 4.6 | draft letter re response to meet and confer; tc WR re same and review memo |
| Carol Sobel | 9/12/2022 | telephone | 0.6 | email David Brown; tc David re depo dates and case statuts |
| Carol Sobel | 9/13/2022 | telephone | 0.3 | tc PLH re discovery |
| Carol Sobel | 9/13/2022 | drafting | 4.8 | letter re meet and confer; research class discovery issues; edit draft; email to co-counsel |
| Carol Sobel | 8/18/2023 | telephone | 0.4 | tc ED re case strategy |
| Carol Sobel | 10/19/2023 | telephone | 0.3 | tc ED re case statis [xxx] |
| Carol Sobel | 10/20/2023 | telephone | 0.2 | tc ED re case status [xx] |
| Carol Sobel | 11/28/2023 | telephone | 0.6 | tc ED re case status [xxx] |
| Carol Sobel | 12/8/2023 | telephone | 0.4 | tc ED re case status |
| Carol Sobel | 1/24/2024 | telephone | 0.1 | tc w/ Erin re case status |
| Carol Sobel | 1/29/2024 | telephone | 1.1 | tc w/ Erin re class settlement demand; notes re same |
| Carol Sobel | 2/12/2024 | telephone | 0.4 | tc w/ David Brown re case status |
| Carol Sobel | 2/13/2024 | telephone | 0.2 | tc Erin re settlement demand [xx] |
| Carol Sobel | 2/19/2024 | telephone | 0.2 | tc Erin re settlement [xx] |
| Carol Sobel | 2/19/2024 | telephone | 0.2 | tc ED re settlement [xx] |
| Carol Sobel | 2/21/2024 | telephone | 0.1 | tc Erin Darling [xxx] |
| Carol Sobel | 2/21/2024 | telephone | 0.1 | tc ED re settlement [xxx] |
| Carol Sobel | 3/4/2024 | telephone | 0.2 | tel David brown re case status |
| Carol Sobel | 3/4/2024 | telephone | 0.2 | tc David Brown re settlement |
| Carol Sobel | 3/4/2024 | telephone | 0.1 | calls/msgs w/ Erin re settlement [xxx] |
| Carol Sobel | 3/20/2024 | review | 1.1 | rvu/mark draft Settlement from KA; tc Erin re same; lv msg; callback [.3] |
| Carol Sobel | 3/20/2024 | telephone | 0.1 | tc ED re settlement status |
| Carol Sobel | 4/9/2024 | telephone | 0.1 | tc ED re settlement |
| Carol Sobel | 4/15/2024 | drafting | 3.9 | rvu news stories/social media re SM Floyd protests |
| Carol Sobel | 5/8/2024 | telephone | 0.4 | tc ED re preliminary approval/settlement |
| Carol Sobel | 5/8/2024 | correspondence | 0.3 | email to/from class reps re settlement approval |

| | | | | |
|---|---|---|---|---|
| Carol Sobel | 5/8/2024 | client contact | 0.8 | mtg w/ D. Brown re settlement |
| Carol Sobel | 5/8/2024 | telephone | 0.4 | tc w/ ED re finalizing settlement |
| Carol Sobel | 5/8/2024 | telephone | 0.1 | calls with David Brown re case status [xxx] |
| Carol Sobel | 5/24/2024 | telephone | 0.2 | tc w/ ED re settlement |
| Carol Sobel | 5/24/2024 | telephone | 0.3 | tc ED re settlement |
| Carol Sobel | 6/10/2024 | telephone | 0.1 | tc David Clennon |
| Carol Sobel | 6/10/2024 | telephone | 0.3 | tc ED re class settlement |
| Carol Sobel | 6/10/2024 | telephone | 0.3 | tc w/ ED re settlement |
| Carol Sobel | 6/11/2024 | client contact | 0.7 | mtg w/ Clennon re settlement |
| Carol Sobel | 6/18/2024 | co-counsel conf | 0.5 | conf w/ WR re prep of class member info; conf w/ WR and AR re current info for class |
| Carol Sobel | 6/18/2024 | drafting | 2.6 | claim form; notice of claim; bgn dfting motion for preliminary approval |
| Carol Sobel | 6/19/2024 | drafting | 5.9 | mtn for preliminary approval; email co-counsel re same [.1] |
| Carol Sobel | 6/19/2024 | drafting | 2.1 | motion for preliminary approval; edit claim forms and notice |
| Carol Sobel | 6/20/2024 | fee motion | 0.7 | rvu KR fees; remove Hogan and force class time |
| Carol Sobel | 6/20/2024 | telephone | 0.3 | tc w/ ED re settlement; notes re same |
| Carol Sobel | 6/20/2024 | drafting | 4.4 | mtn for preliminary approval; emails w/ co-counsel re hours; conf. w/ WR re same |
| Carol Sobel | 6/20/2024 | telephone | 0.2 | tc ED re prep of prelim approval motion |
| Carol Sobel | 7/2/2024 | telephone | 0.4 | tc w/ ED re settlement and motion for preliminary approval |
| Carol Sobel | 7/12/2024 | drafting | 1.8 | rvu/edit settlement agreement; email OC re same |
| Carol Sobel | 7/12/2024 | telephone | 0.3 | tel David Brown; notes re same |
| Carol Sobel | 7/16/2024 | drafting | 0.5 | edit motion for prelim approval; email to co-counsel |
| Carol Sobel | 7/16/2024 | drafting | 4.8 | motion for prelim approval |
| Carol Sobel | 7/17/2024 | drafting | 6.9 | prelim approval motion; dec; proposed order, rvu Chua/Aichele; email dfts to co-counsel |
| Carol Sobel | 7/18/2024 | correspondence | 0.1 | email co-counsel re mail to class re settlement |
| Carol Sobel | 7/18/2024 | drafting | 0.6 | rvu dft test Notice; email to co-counsel |
| Carol Sobel | 7/19/2024 | telephone | 0.3 | tel David Brown |
| Carol Sobel | 7/24/2024 | research | 3.2 | analyze notice to clients; id problems; conf w/ staff |
| Carol Sobel | 7/25/2024 | telephone | 0.1 | tc w/ David Brown re case status |
| Carol Sobel | 8/1/2024 | telephone | 0.1 | tel David Brown re case status |
| Carol Sobel | 8/8/2024 | telephone | 0.1 | tc David Clenon |
| Carol Sobel | 8/20/2024 | telephone | 0.1 | tc w/ ED re settlement admin |

| Carol Sobel | 8/27/2024 | telephone | 0.3 | tc Asa Eaton re opt-outs; email post |
|---|---|---|---|---|
| Carol Sobel | 8/28/2024 | drafting | 6.3 | final settlement docs |
| Carol Sobel | 8/29/2024 | telephone | 0.2 | tc ED re class claims and prep of final motion |
| Carol Sobel | 9/2/2024 | drafting | 1.6 | analyzing class contacts; evaluate responses; |
| | 9/3/2024 | drafting | 6.2 | organize materials for motions for approval |
| Carol Sobel | 9/9/2024 | drafting | 2.6 | begin drafting motion for final approval |
| Carol Sobel | 9/12/2024 | drafting | 1.4 | rvu claims; analyze; revu/mt w/ WR re claims questions |
| Carol Sobel | 9/12/2024 | drafting | 3.1 | begin drafting Sobel dec re final approvL |
| Carol Sobel | 9/13/2024 | co-counsel conf | 0.4 | emails PLH re prep of final motion; numbers of claims, etc. |
| Carol Sobel | 9/13/2024 | drafting | 10.6 | dft/edit mtn for final approval; rvu claims with WR/KS; rvu/email re co-counsel time recor |
| Carol Sobel | 9/13/2024 | telephone | 0.4 | tc PLH re motion prep and SSSHZ and UCI hours |
| Carol Sobel | 9/14/2024 | drafting | 10.2 | dft motion for final approval; research standards and late claims [.8]; motion for fees; Sob |
| Carol Sobel | 9/15/2024 | review | 0.6 | rvu ED hours |
| Carol Sobel | 9/15/2024 | drafting | 1.2 | rvu claim forms re late/missing citations/significant misinformation for motion |
| Carol Sobel | 9/15/2024 | drafting | 4.6 | motion for fees - revu SSHHZ and UCI hours |
| Carol Sobel | 9/16/2024 | drafting | 5.9 | dft/finalize motion for final approval; conf w/ WR re claim count |
| Carol Sobel | 9/16/2024 | drafting | 6.1 | finalize motion for fees |
| | | | 240.1 | |